1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTONIO GARCIA,                        No. CIV S-11-3033-CMK-P

12              Petitioner,

13        vs.                               <u>ORDER</u>

14   G. SWARTHOUT,

15              Respondent.

16   _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The petition challenges a conviction issued by the

19   Fresno County Superior Court.  Fresno County is part of the Fresno division of this court.  <u>See</u>

20   Local Rule 120(b).  Because the Sacramento division is not the proper division, this action will

21   be transferred to the Fresno division.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

1

1          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

2   United States District Court for the Eastern District of California sitting in Fresno.

3

4   DATED:  November 21, 2011

5                                                    _____

6                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26