**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO GARCIA, | No. CIV S-11-3033-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| G. SWARTHOUT, | |
|     Respondent. | |
|                          / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno division of this court. <u>See</u> Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2 United States District Court for the Eastern District of California sitting in Fresno.

3

4   DATED: November 21, 2011

5

6                                       **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE